**HANG & ASSOCIATES, PLLC**
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

August 23, 2022

**VIA ECF**
Hon. Rukhsanah L. Singh
United States District Court
District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut Street
Newark, NJ 07101

      RE:  **Yu Cen Zheng V. Great Wall of Neptune, Inc., et al.**
            **3:21-cv-16350**
            **Letter Request for Adjournment**

Dear Hon. Rukhsanah L. Singh:

      Our firm is counsel for the Plaintiff in the above-mentioned matter. We write, together with Defendants' counsel to inform the court the current status. In addition, the parties request all dealines be adjourned *sine din* and the settlement agreement be filed for Your Honor's approval in 30 days.

      Parties' counsels have engaged in substantive settlement discussion and the parties reached a settlement in principle. Plaintiff requests that the parties be granted 30 days to file the settlement agreement for Your Honor's approval.

      We appreciate Court's attention and time on this matter.

      Respectfully submitted,

      HANG & ASSOCIATES, PLLC

      */s/ Yongjin Bae*
      Yongjin Bae, Esq.
      136-20 38th Ave., Suite 10G
      Flushing, NY 11354
      Tel: 718.353.8588
      Fax: 718.353.6288
      E-mail:ybae@hanglaw.com
      *Attorney for Plaintiff*

Cc: Opposing Counsel via ECF