UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

| | |
|---|---|
| Yu Cen Zheng, Individually and on behalf of all other employees similarly situated,<br><br>Plaintiff<br><br>v.<br><br>Great Wall of Neptune, Inc., d/b/a Great Wall, Great Wall of Jersey Shore, LLC d/b/a Great Wall, Yong Dong Dong, Jin Ru Ni, and Nicky Liu,<br><br>Defendants. | Case No.: 3:21-cv-16350<br><br>**NOTICE OF JOINT MOTION FOR APPROVAL OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that, upon the accompanying Letter in Support of the Joint Motion for Approval of Settlement, dated October 28, 2022, counsel for Plaintiff, Yu Cen Zheng, and counsel for Defendants, Great Wall of Neptune, Inc., d/b/a Great Wall, Great Wall of Jersey Shore, LLC d/b/a Great Wall, Yong Dong Dong, Jin Ru Ni, and Nicky Liu, on the date and time to be set by the Court, will move before the Honorable Georgette Castner, at the United States District Court, District of New Jersey, Martin Luther King Jr. Courthouse, 50 Walnut Street, Courtroom 4E, Newark, NJ 07101, for an Order granting approval of the proposed settlement agreement.

By: /s/ *Yongjin Bae*
Yongjin Bae, Esq.
HANG & ASSOCIATES, PLLC
136-20 38th Avenue Suite 10G
Flushing, New York 11354
T: 718.353.8588
E: ybae@hanglaw.com
*Attorneys for Plaintiff*

By: /s/ *Kevin K Tung*
Kevin Kerveng Tung, Esq.
Kevin Kerveng Tung, PC

136-20 38th Avenue Suite 3D
Flushing, New York 11354
T: (718) 939-4633
E: ktung@kktlawfirm.com
*Attorneys for Defendants*